IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DIMITRY GONCHAR,**  3:11-CV-415-AC

      **Plaintiff,**  ORDER

v.

**LSI TITLE COMPANY OF OREGON, LLC; and HSBC BANK USA, N.A.,**

      **Defendants.**

**MATTHEW C. DAILY**
1345 S.W. 72nd Avenue
Portland, OR 97223
(503) 997-0656

      Attorney for Plaintiff

**MICHAEL J. FARRELL**
Martin Bischoff Templeton Langslet & Hoffman
888 S.W. Fifth Avenue, Suite 900
Portland, OR 97204
(503) 224-3113

      Attorneys for Defendant HSBC Bank USA, N.A.

1 - ORDER

**BROWN, Judge**.

Magistrate Judge John V. Acosta issued Findings and Recommendation (#13) on August 5, 2011, in which he recommends this Court grant Defendant HSBC Bank USA's Motion (#3) to Dismiss Plaintiff's Complaint.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  The Court has reviewed the legal principles *de novo* and adopts the Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#13).  Accordingly, the Court **GRANTS** HSBC's Motion (#3) to Dismiss Plaintiff's Complaint (#1) **with prejudice**.

IT IS SO ORDERED.

DATED this 18th day of October, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge