IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DIMITRY GONCHAR,**                                    3:11-CV-415-AC

      **Plaintiff,**                              JUDGMENT

v.

**LSI TITLE COMPANY OF OREGON,
LLC; and HSBC BANK USA, N.A.,**

      **Defendants.**

    Based on the Court's Order (#15) issued October 18, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 18th day of October, 2011.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT